IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IAN LYNCH, | ) |
| | ) |
| Plaintiff, | ) Judge Kathryn H. Vratil |
| | ) |
| | ) Case No. 2:25-CV-02148-KHV-BGS |
| v. | ) |
| | ) |
| THE ANDERSON EXECUTIVE SERVICES, | ) |
| LLC, THE ANDERSONS, INC., LANSING | ) |
| TRADER GROUP, LLC. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COME NOW Defendants, The Andersons Executive Services, LLC, The Andersons, Inc., and Lansing Trader Group, LLC (together, "Andersons" or "Defendants"), by and through their counsel, respectfully request that the Court extend the deadline for filing Defendants' Response to Plaintiff Ian Lynch's ("Lynch" or "Plaintiff"), *Amended Motion for Leave to File First Amended Complaint*. Defendants' counsel has consulted with Plaintiff's counsel about this request, and Plaintiff's counsel indicated he has no objection. In further support of its motion, Defendants state as follows:

1. On or about July 1, 2025, Plaintiff submitted his Amended Motion for Leave to File First Amended Complaint [Doc. 31].

2. Accordingly, pursuant to Local Rule 6.1(d), Defendants' response brief is currently due on July 15, 2025.

3. Although Defendants have been working diligently on their response, due to unavoidable conflicts for counsel, particularly depositions scheduled in a separate matter,

additional time is needed to complete briefing. Consequently, Defendants respectfully request an extension of the deadline to submit their response brief to July 22, 2025.

4. Counsel for Plaintiff was consulted regarding this request and has no objection.

5. This is the first request for additional time sought by Defendants in this matter, and the request is made in good faith and not for purposes of delay, but in the interest of justice.

6. This request for additional time does not interfere with any deadlines set by this Court's June 6, 2025, Scheduling Order [Doc. 23].

WHEREFORE, for the foregoing reasons, The Andersons Executive Services, LLC, The Andersons, Inc., and Lansing Trader Group, LLC respectfully request that this Court enter an Order extending the deadline for the filing of Defendants' Response to Plaintiff's Amended Motion for Leave to File First Amended Complaint up to and including July 22, 2025.

Respectfully submitted,

DATED: July 10, 2025

**FISHER & PHILLIPS, LLP**

/s/Gregory D. Ballew
Gregory D. Ballew (KS Bar No. 17214)
46 Penn Centre
4622 Pennsylvania Ave, Suite 910
Kansans City, MO 64112
T: 816-460-1236
E: gballew@fisherphillips.com

and
**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**
Margo Wolf O'Donnell (admitted *Pro Hac Vice*)
71 South Wacker Drive, St. 1600
Chicago, IL 60606
Tel: (312) 212-4982
MODonnell@beneschlaw.com

and

Christoper W. Pendleton (admitted *Pro Hac Vice*)
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Tel: (216) 363-4500
CPendleton@beneschlaw.com

*Attorneys for Defendants The Andersons Executive Services, LLC, The Andersons, Inc., and Lansing Trader Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July 2025, I caused the foregoing document to be electronically filed using the Court's CM/ECF system which will provide automatic notification to the following counsel of record.

JR Montgomery (KS Bar No. 27317)
E.E. Keenan (PHV Forthcoming)
Sonal Bhatia (PHV Forthcoming)
4600 Madison Ave., Ste. 810
Kansas City, MO 64112
T: 816-809-2100
E: jr@keenanfirm.com

*Attorneys for Plaintiff Ian Lynch*

                                                */s/ Gregory D Ballew*
                                                Gregory D. Ballew (KS Bar No. 17214)

*One of the Attorneys for Defendants The Andersons Executive Services, LLC, The Andersons, Inc., and Lansing Trader Group, LLC*